**Lynn J. HANAWAY and Connie Hanaway, Respondents**

v.

**The PARKESBURG GROUP, LP; Parke Mansion Partners, LP; Sadsbury Associates, LP; Parke Mansion, LLC; and T.R. White, Inc., Petitioners.**

**Lynn J. Hanaway and Connie Hanaway, Cross–Petitioners**

v.

**The Parkesburg Group, LP; Parke Mansion Partners, LP; Sadsbury Associates, LP; Parke Mansion, LLC; and T.R. White, Inc., Cross–Respondents.**

Supreme Court of Pennsylvania.

May 16, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of May, 2016, the Petition for Allowance of Appeal at **36 MAL 2016** is **GRANTED.** The issues, as set forth by petitioners, are:

(1) Does the implied covenant of good faith and fair dealing apply to all limited partnership agreements under Pennsylvania law?

(2) If the answer to Question 1 is "yes," may the implied covenant of good faith and fair dealing impose duties that are inconsistent with the duties imposed by the express terms of a limited partnership agreement?

The cross-petition for allowance of appeal at **71 MAL 2016** is **DENIED.**

Justice DONOHUE did not participate in the consideration or decision of these matters.